**J.S. HELD LLC**
Quintin Brown
quintin.brown@jsheld.com
445 South Figueroa St., Suite 2950
Los Angeles, CA 90071
Telephone: (858) 310-2551
Financial Advisor for Debtor and Debtor in Possession
Aletha Inc. dba Aletha Health

**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Jeannie Kim, State Bar No. 270713
jkim@go2.law
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Attorneys for Debtor and Debtor in Possession
Aletha Inc. dba Aletha Health


**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

In re

Aletha Inc. dba Aletha Health,

Debtor and
Debtor In Possession.

Case No. 26-40950 (HLB)

Chapter 11

**FIRST INTERIM APPLICATION OF J.S. HELD LLC, FINANCIAL ADVISOR FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 4, 2026 THROUGH AUGUST 31, 2026**

*Supporting Declaration of Quintin Brown Filed Concurrently Herewith*

Date: October 8, 2026
Time: 10:00 a.m.
Place: United States Bankruptcy Court
Courtroom 19 or via Zoom
450 Golden Gate Ave., 16th Fl.
San Francisco, California 94102

Objection Deadline: September 24, 2026
Reply Deadline: October 1, 2026


GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002



Case: 26-40950 Doc# 83 Filed: 09/10/26 Entered: 09/10/26 17:56:38 Page 1 of 16

## I. INTRODUCTION

J.S. Held, LLC (hereinafter "J.S. Held"), financial advisor for Aletha Inc., dba Aletha Health, the debtor and debtor in possession (the "Debtor"), submits this application for compensation of fees and reimbursement of expenses (the "Application") as Financial Advisor for the Debtor for the period of May 4, 2026 (the "Petition Date"), through and including August 31, 2026 (the "Application Period"). J.S. Held seeks an entry of an Order: (a) awarding and allowing interim compensation in the amount of $147,436.00 and actual and necessary expenses in the amount of $0 for total allowance in the amount $147,436.00; (b) authorizing J.S. Held to draw down on amounts held in its bank account for the benefit of the Debtor; (c) authorizing the Debtor to pay to J.S. Held the balance due on account of fees awarded and allowed and reimbursement of expenses incurred as allowed and approved by the Court; and (d) granting such other relief that the Court deems just and proper.

This Application is made pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2016 and 2022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Bankruptcy Local Rules for the Northern District of California (the "B.L.R."). The Application is based on the *Order Approving Application of Debtor and Debtor in Possession to Employ Financial Advisor (J.S. Held LLC) Pursuant to 11 U.S.C §§ 327 and 330* [ECF No. 59] (the "Employment Order"), the supporting declaration of Quintin Brown filed concurrently herewith (the "Brown Declaration"), and all related documents and pleading previously filed in this Bankruptcy Case or that may be filed prior to the hearing on the Application, and such other evidence, whether oral or documentary, that the Court may elect to consider.

Except as otherwise noted, J.S. Held believes that this Application substantially conforms with the United States Bankruptcy Court for the Northern District of California's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (the "Northern District Guidelines").

In support of this Application, J.S. Held respectfully represents as follows:

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002



Case: 26-40950 Doc# 83 Filed: 09/10/26 Entered: 09/10/26 17:56:38 Page 2 of 16

## II. BACKGROUND

Headquartered in Walnut Creek, California, Aletha designs, manufactures, and sells physical therapy tools under the Aletha Health brand to customers worldwide via third-party e-commerce platforms. The Debtor commenced the Bankruptcy Case as it faced significant financial distress as it faced (1) a significant decline in annual revenues since 2024 as a result of multiple changes to the various e-commerce advertising platforms the Debtor uses to market its products for sale, (2) onerous weekly repayment obligations under merchant cash advance transactions with Parkside Funding Group LLC ("Parkside") and Vox Funding LLC ("Vox"), and (3) Parkside's issuance of UCC Lien Notices (the "Lien Notices") to the Debtor's account debtors (Amazon and Stripe) notwithstanding that Parkside is not a senior secured creditor, thereby depriving the Debtor of access to its sales proceeds.

On May 4, 2026 (the "Petition Date"), the Debtor commenced this Bankruptcy Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its financial affairs as a debtor and debtor in possession under Bankruptcy Code sections 1107 and 1108. No trustee or examiner has been requested or appointed.

In further support of the Debtor's background and the events precipitating the Bankruptcy Case, JS Held relies on the statements set forth in the *Declaration of Shridhar Swaminathan in Support of Chapter 11 Petition and Emergency First Day Motions for Entry of Interim and Final Orders* [ECF No. 10] (the "Swaminathan Decl.").[1]

## III. CASE STATUS

As shown in the Debtor's Monthly Operating Reports ("MOR"), the Debtor is operating at a loss. Losses have generally declined and revenue has generally increased since the first month of the Case. The Debtor continues to implement cost-reduction

[1] Capitalized terms not otherwise defined in this Application shall have the same meanings ascribed to them in the Swaminathan Decl.

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002



Case: 26-40950 Doc# 83 Filed: 09/10/26 Entered: 09/10/26 17:56:38 Page 3 of 16

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

measures while pursuing increased sales and new business-to-business relationships and distribution partners to preserve and maximize its going concern value and the value of substantially all of its assets. At the same time, the Debtor has been actively engaging with potential investors, asset purchasers, and lenders to evaluate potential avenues for reorganization and emergence from the Bankruptcy Case. The Debtor believes it will be able to provide a recovery to its creditors. As of the date of this Application, the Debtor holds approximately $15,000 of cash on hand in its debtor in possession operating account and approximately $120,000 in its professional fee reserve account.

## IV. RETAINER

On or about April 17, 2026, J.S. Held received $25,000 ("Retainer") from the Debtor, all of which J.S. Held applied to prepetition services and expenses. On or about April 28, 2026, the Debtor paid to J.S. Held an additional retainer of $10,000, of which $6,435 was applied to prepetition services and expenses leaving a balance of $3,565, which J.S. Held maintains in its bank account for the benefit of the Debtor.

## V. RELIEF REQUESTED

Through this Application, J.S. Held seeks an Order of the Court, in substantially the form attached hereto as Exhibit 1: (a) awarding and allowing interim compensation in the amount of $147,436.00 and actual and necessary expenses in the amount of $0 for total allowance in the amount of $147,436.00; (b) authorizing J.S. Held to draw down on amounts maintained in its bank account for the benefit of the Debtor; (c) authorizing the Debtor to pay to J.S. Held the balance due on account of fees awarded and allowed and reimbursement of expenses incurred as allowed and approved by the Court; and (d) granting such other relief that the Court deems just and proper.

A summary of the relief requested is as follows:

| | |
|---|---|
| Name of Applicant: | J.S. Held |
| Authorized to Provide Professional Services to: | The Debtor as Financial Advisor |
| Date of Retention: | May 4, 2026, pursuant to Order dated June 17, 2026 [ECF 59] |

| | |
|---|---|
| Period for Which Compensation and Reimbursement is sought: | May 4, 2026 through August 31, 2026 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $147,436.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0 |
| Number of Professionals Included in This Application: | 5 |
| Number of Professionals Billing Under 15 Hours: | 1 |

These amounts represent the reasonable value of the services rendered by J.S. Held to the Debtor during the Application Period. The individuals who provided services to the Debtor are highly skilled financial advisors, and their services were necessary and appropriate. In some instances, multiple individuals reviewed and/or revised the same document or conferred with each other regarding the same issue because of the complexity and importance of each such document or issue to the Debtor and this Bankruptcy Case. J.S. Held believes the attention devoted to such matters by its professionals involved is warranted and appropriate.

## VI. NO PRIOR REQUEST FOR COMPENSATION

This is J.S. Held's initial application for compensation and reimbursement of expenses incurred on behalf of the Debtor.

## VII. SERVICES RENDERED AND COSTS INCURRED

### A. The Summary and Itemization of Services Rendered and Disbursements Made by Category

The following itemization breaks down the services rendered by J.S. Held by the service categories indicated and provides an aggregation of disbursements by form of disbursement.

#### 1. Itemized Services Rendered

A listing of the billing tasks categories showing the number of professional hours expended and fees incurred under each billing task category are shown below:

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

| Category | Hours | Gross Fees | Voluntary Reduction | Net Fees |
|---|---|---|---|---|
| A. 363 Sale | 76.20 | $45,339.00 | $0.00 | $45,339.00 |
| B. BK Reporting | 67.30 | $28,921.00 | $0.00 | $28,921.00 |
| C. Case Administration | 25.00 | $12,791.50 | $0.00 | $12,791.50 |
| D. Court Hearings and Preparation | 7.90 | $4,302.00 | $(440.00) | $3,862.00 |
| E. Fee/Employment Applications | 14.30 | $6,631.00 | $(1,346.00) | $5,285.00 |
| F. General Bankruptcy Advice/Opinions | 7.70 | $4,272.50 | $0.00 | $4,272.50 |
| G. Liquidity Management and Reporting | 112.10 | $47,677.50 | $(712.50) | $46,965.00 |
| **Totals** | **310.50** | **$149,934.50** | **$(2,498.50)** | **$147,436.00** |

**2. <u>Expense Disbursements</u>**

There were no expenses incurred during the period covered by this Application

**B. <u>Itemization of Services Rendered by J.S. Held Timekeepers</u>**

The hours spent in this Case during the Application Period for which J.S. Held seeks compensation, the hourly rate for each professional, and the resulting fees are as follows:

| Professional | Position | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|
| Quintin Brown | Senior Director | $595.00 | 61.00 | $36,295.00 |
| Steven Warsaw | Managing Director | $595.00 | 68.60 | $40,817.00 |
| Byron Sproule | Senior Director | $550.00 | 28.40 | $15,620.00 |
| Cathy Garnica | Director | $425.00 | 0.30 | $127.50 |
| Cole Rasmussen | Senior Consultant | $375.00 | 152.20 | $57,075.00 |
| | | **Totals** | **310.50** | $149,934.50 |

The blended hourly rate for all services during the Application Period is $482.88 per hour before the voluntary fee reduction.

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

## VIII. EXHIBITS IN SUPPORT OF APPLICATION

Attached to the Brown Declaration as Exhibit 1 is a copy of J.S. Held's invoices, which include detailed, contemporaneously maintained time entries by each professional in increments of tenths (1/10) of an hour to describe the fees incurred during the Application Period as well as descriptions of the expenses advanced on behalf of the Debtor for which J.S. Held seeks reimbursement. The invoices summarize (I) J.S. Held's professionals listing the (a) name of each individual who provided services to the Debtor during the Application Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each individual, and (d) amount of fees earned by each individual; and (II) the services rendered and compensation sought, sorted by project category during the Application Period.

Attached to the Brown Declaration as Exhibit 2 is a copy of a letter to the Debtor's Responsible Individual, Shridhar Swaminathan, forwarding a copy of this Application and inviting discussion, questions, comments, concerns, or objections to the Application.

J.S. Held incorporates by this reference as if fully set forth herein (1) the Application of Debtor and Debtor-in-Possession to Employ Financial Advisor (J.S. Held LLC) Pursuant to 11 U.S.C. §§ 327 and 330 [ECF No. 55] (the "Employment Application"), and (2) the Employment Order approving the Debtor's retention and employment of J.S. Held.

Exhibits 1 through 2 to the Brown Declaration provide the information required under the Guidelines in support of the Application.

## IX. SUMMARY OF PROJECT BILLING CODES

### A. Maintenance of Records

In compliance with the Guidelines, J.S. Held maintains its time records on a "Project Billing" basis. Exhibit 1 to the Brown Declaration provides a summary of the Project Billing Categories, the total professional hours spent in each category and the total fees requested for each category.

### B. Use of Project Billing Categories

A discussion of the work J.S. Held performed in each Project Billing Category is set

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

forth in the paragraphs that follow. Under the Guidelines, "[t]he maximum amount that should be included in a single category should generally be $20,000. This cap may be exceeded where further breakdown is impractical." See Northern District Guidelines, at § I.3. The fees for most categories of projects in this Application do not exceed $20,000. Where categories exceed $20,000, it is impractical to further break down the categories due to the interrelated nature of the work performed.

It is inevitable that not all matters fit precisely into one category, or that some items fit appropriately into more than one category. Additionally, as in the case of telephone conferences or meetings where more than one subject is discussed, a time entry dealing with more than one subject must occasionally be placed in only one category. Thus, while J.S. Held has diligently attempted to segregate its time into the appropriate category, there may be some overlap between and among categories.

In some cases, J.S. Held has billed for the services of more than one person in connection with a meeting (either internal or external) or a conference call with a third party. J.S. Held believes that this is justified here by the complexity and scale of this bankruptcy, and further, the Debtor benefited from a process that was more efficient because all appropriate people attended joint meetings rather than having conducted multiple disparate and fragmented meetings.

A discussion of the work performed in the Project billing categories follows below.

**1. 363 Sale**

J.S Held spent time in this category developing and progressing a section 363 sell-side marketing process for the Debtor's assets, including conducting meetings, telephone conferences, and correspondence with prospective buyers, inventory liquidators, and prospective financing sources; preparing marketing materials (including a marketing teaser, buyer outreach note, non-disclosure agreement ("NDA"), and post NDA marketing materials) to support the Debtor's and prospective parties' due diligence process; building, expanding, and prioritizing target lists of strategic buyers, financial buyers, liquidators, and financing sources; reviewing, analyzing, and summarizing financial, inventory, and

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

operational information for interested parties; and conferring with owners, management, and counsel regarding sale process approach, structure, timelines, contingencies, minimum sale price, and possible outcomes. This service required substantial efforts by J.S. Held to quickly reach and apprise many parties of the Debtor's situation, assets, financials, creditor makeup, financial condition, and timeline. The effort was intensified by factors such as (a) the Debtor is a small, niche business whose value is concentrated in its intellectual property and inventory, which narrowed the universe of logical acquirers and required a tailored, IP and inventory focused marketing approach; and (b) the sale process generated limited interest from strategic and financial buyers, requiring J.S. Held to broaden outreach to asset buyers and working capital providers. As of the date of this report more than 130 parties were contacted, of which approximately 40 parties passed on the opportunity, and at least 6 have signed NDAs. J.S. Held spent a total of 76.20 hours and incurred fees totaling $45,339.00 during the Application Period on this Project Billing Category. J.S. Held acknowledges that this category exceeds the $20,000 cap stated in the Northern District Guidelines. J.S. Held believes further break out of the time is impractical given that the size of the category was driven by the volume of similar tasks with a large number of parties, not a wide array of dissimilar tasks.

**2. BK Reporting**

J.S Held spent time in this category assisting the Debtor with preparation of Monthly Operating Reports for May, June, and July 2026 [ECF 64, 73, and 76], supporting schedules, and an Amended May 2026 MOR [pending filing]; analyzing banking and financial information in concert with preparation of the MOR and supporting schedules; and very minimal time assisting the Debtor with reporting to the U.S. Trustee, including review of the Schedules of Assets and Liabilities and Statement of Financial Affairs [ECF 45]. J.S. Held spent a total 67.30 hours and incurred fees totaling $28,921 during the Application Period on this Project Billing Category. J.S. Held acknowledges that this category exceeds the $20,000 cap stated in the Northern District Guidelines. J.S. Held believes further break out of the time is impractical given the size of the category was driven by the repetitive

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002


Case: 26-40950 Doc# 83 Filed: 09/10/26 Entered: 09/10/26 17:56:38 Page 9 of 16

nature of producing MORs and the fact that the first couple of months required additional time to stand up the reporting with the Debtor's management.

**3. Case Administration**

J.S Held spent time in this category reviewing, prioritizing, and assigning work streams; conducting standing meetings to review case-status, determine priorities, and maintain efficiency; and reviewing the case calendar, court docket, and U.S. Trustee requests. J.S. Held spent a total of 25.00 hours and incurred fees totaling $12,791.50 during the Application Period on this Project Billing Category.

**4. Court Hearings and Preparation**

J.S Held spent time in this category preparing for and attending the emergency first-day hearing, the § 341(a) meeting of creditors, and the status conference, which included drafting and revising portions of the status conference statement. J.S. Held spent a total of 7.90 hours and incurred fees totaling $4,302.00 during the Application Period on this Project Billing Category. J.S. Held applied a voluntary fee reduction totaling $440.00 to this category. Net fees total $3,862.00.

**5. Fee/Employment Applications**

J.S Held spent time in this category reviewing retention requirements and drafting, revising, and finalizing J.S. Held's employment application, supporting declaration, and disclosures; and preparing this fee application and accompanying exhibits. J.S. Held spent a total of 14.30 hours and incurred fees totaling $6,631.00 during the Application Period on this Project Billing Category. J.S. Held applied a voluntary fee reduction totaling $1,346.00 to this category. Net fees total $5,285.00 and are 3.6% of the total relief requested, well below the 5% ceiling stated in the Norther District Guidelines.

**6. General Bankruptcy Advice/Opinions**

J.S Held spent time in this category advising on the first-day declaration and motions (including cash collateral, taxes, wages, customer programs, and insurance) and conferring with management, counsel, and lenders regarding general restructuring strategy, adequate-protection payments, debtor in possession financing, and bankruptcy

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

exit strategies including but not limited to filing a Plan and Disclosure Statement or pursuing 363 sale(s). J.S. Held spent a total of 7.70 hours and incurred fees totaling $4,272.50 during the Application Period on this Project Billing Category.

**7. Liquidity Management and Reporting**

J.S Held spent time in this category preparing, updating, and maintaining Cash Collateral Budgets [ECF 4, 31, 53, and 78] and weekly cash flow forecasts; assisting the Debtor in preparing, reviewing, and iterating related compliance and liquidity management tools; preparing budget variance reports against the Cash Collateral Budget on a weekly basis; monitoring liquidity and return-on-ad-spend performance on a weekly basis; performing periodic operating and liquidity scenario analysis, in part, to assist with the review of lease negotiations, adequate protection payments, and new revenue streams; preparing and maintaining weekly status reports summarizing the aforementioned data points; advising the Debtor's management on liquidity matters; and conferring with the Debtor's management and counsel on a weekly basis. The depth and frequency of the services provided in this category were largely driven by (a) the Debtor's primary account debtors (Amazon and Stripe) withholding significant cash receipts two weeks beyond what was estimated in the Debtor's original Cash Collateral Budget, constraining the Debtor's ability to pay for digital advertising which is the Debtor's primary means for driving sales, and (b) the Debtor's slower than anticipated growth in revenue and profits, and declining cash position, as evidenced by the Debtor's July MOR [ECF No. 76]. J.S. Held spent a total 112.10 hours and incurred gross fees totaling $47,677.50 during the Application Period on this Project Billing Category. J.S. Held applied a voluntary fee reduction totaling $712.50 to this category. Net fees total $46,965.00. J.S. Held acknowledges that this category exceeds the $20,000 cap stated in the Northern District Guidelines. J.S. Held believes further breakout of the time is impractical given that the size of the category was driven by the repetitive nature of weekly monitoring, analysis, and reporting.

These services and expenses are reasonable, actual, and necessary, and the Debtor has consented to payment of the proposed compensation, net of a voluntary fee

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

reductions totaling $2,498.50.

## X. CERTIFICATION

Pursuant to the Guidelines, the undersigned certifies that: (i) he has read the Application; (ii) to the best of his knowledge, information, and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines; and (iii) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by J.S. Held and generally accepted by J.S. Held's clients.

## XI. NOTICE

J.S. Held is causing notice of this Application to be provided to parties in interest in accordance with the Bankruptcy Rules and the B.L.R. J.S. Held submits that, in view of the facts and circumstances, such notice is sufficient, and no other or further notice need be provided. In accordance with the B.L.R., objections to this Application, if any, must be filed and served on or before the 14th day before the hearing on this Application, or September 24, 2026 (the "Objection Deadline").

## XII. CONCLUSION

Based on all of the above, J.S. Held respectfully requests this Court to enter an order approving on an interim basis the compensation sought and reimbursement of expenses requested as fair, reasonable, and necessary to the estate, and entering an order specifically providing as follows:

1. Awarding and allowing interim compensation in the amount of $147,436.00 and actual and necessary expenses in the amount of $0 for total allowance in the amount of $147,436.00 for the period from May 4, 2026 through August 31, 2026;

2. Authorizing J.S. Held to apply the retainer balance of $3,565.00 to the allowed fees and expenses;

3. Authorizing the Debtor to pay to J.S. Held the balance due on account of fees awarded and allowed and reimbursement of expenses incurred as allowed and approved by the Court; and

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

4. Granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: September 10, 2026 J.S. HELD LLC

By: Quintin Brown
Quintin Brown (Sep 10, 2026 16:28:41 PDT)

QUINTIN BROWN
Financial Advisor for Debtor and Debtor in Possession. Aletha Inc. dba Aletha Health

Dated: September 10, 2026 GOLDEN GOODRICH LLP

By: */s/ Jeannie Kim*
JEFFREY I. GOLDEN
JEANNIE KIM
Attorneys for Debtor and Debtor in Possession, Aletha Inc.

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

**Exhibit 1**

**Proposed Order**

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>Aletha Inc. dba Aletha Health,<br><br>Debtor and<br>Debtor in Possession. | Case No. 26-40950 (HLB)<br><br>Chapter 11<br><br>**[PROPOSED] ORDER APPROVING FIRST INTERIM APPLICATION OF J.S. HELD LLC, FINANCIAL ADVISOR FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 4, 2026 THROUGH AUGUST 31, 2026**<br><br>The Hon. Hannah L. Blumenstiel<br><br>Date: October 8, 2026<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 19 or via Zoom<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, California 94102<br><br>Objection Deadline: September 24, 2026<br>Reply Deadline: October 1, 2026 |

On September 10, 2026, J.S. Held LLC ("J.S. Held") filed the *First Interim Application of J.S. Held LLC, Financial Advisor for the Debtor and Debtor-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 4, 2026 through August 31, 2026* [ECF No. ] (the "Application").[2]

[2] Capitalized terms not otherwise defined in this Order shall have the same meanings ascribed to them in the



Case: 26-40950 Doc# 83 Filed: 09/10/26 Entered: 09/10/26 17:56:38 Page 14 of 16

GOLDEN GOODRICH LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000 Fax 714-966-1002

The Court having read and considered the Application, and finding that notice given of the Application, the time for objection to the Application having passed with no objection having been filed, and the Application being proper in form and substance, that the professional services provided by J.S. Held during the Application Period were reasonable and actually rendered and furnished to the Debtor, and that the compensation for fees and reimbursement of expenses incurred constitute lawful, proper, and necessary expenses in aid of administration of this Case,

IT IS ORDERED that:

1. The Application is GRANTED;

2. J.S. Held is awarded and allowed an administrative claim under Bankruptcy Code section 503(b)(2) on account of interim compensation in the total amount of $147,436.00 ($147,436.00 in fees and expenses in the amount of $0);

3. J.S. Held is authorized to apply the retainer balance of $3,565.00 to the allowed fees and expenses; and

4. The Debtor is authorized to pay to J.S. Held the balance due on account of fees and expenses awarded and allowed under this Order, or $143,871.00.

*****END OF [PROPOSED] ORDER*****

---

Application.

# Aletha - J.S. Held First Interim Fee Application

Final Audit Report 2026-09-10

| | |
|---|---|
| Created: | 2026-09-10 |
| By: | David Fitzgerald (dfitzgerald@go2.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAveozhCh_r2FgkRji0K8D-1-fSfweH_wk |

## "Aletha - J.S. Held First Interim Fee Application" History

Document created by David Fitzgerald (dfitzgerald@go2.law)

2026-09-10 - 11:11:31 PM GMT

Document emailed to quintin.brown@jsheld.com for signature

2026-09-10 - 11:12:58 PM GMT

Email viewed by quintin.brown@jsheld.com

2026-09-10 - 11:18:26 PM GMT

Signer quintin.brown@jsheld.com entered name at signing as Quintin Brown

2026-09-10 - 11:28:39 PM GMT

Document e-signed by Quintin Brown (quintin.brown@jsheld.com)

Signature Date: 2026-09-10 - 11:28:41 PM GMT - Time Source: server - Signature Appearance Selected: TYPE

Agreement completed.

2026-09-10 - 11:28:41 PM GMT

Adobe Acrobat Sign